### Estate of Adams vs. R. G. Cobb.

FARMER, J.   Where an appeal is filed at one term of the Circuit Court and continued, a motion to amend filed at the next term of Court will come too late.

2. Under Rule XIII of this Court, it is held that the rule of practice which allows three days for filing motions to dismiss and motions to amend, and the rule of practice which allows ten days after filing the record for filing assignments of errors, are not applicable to the Circuit Court, under Art. 103 of the Constitution.

---

### S. Meyer vs. Mrs. Dorcas Dinkgrave.

FARMER, J.   Under Rule VII of this Court, a party must file his written or printed brief before the case is called for trial, otherwise he will not be allowed to argue it orally.   After argument, he may file as many briefs as he pleases, provided he submit them to the opposite party.